LILLIAN MILLER et al., Appellants, *v.* HOME OWNERS' LOAN CORPORATION, Respondent, et al., Defendants.

Argued January 11, 1943; decided February 25, 1943.

*Edwin C. Morsch* and *Edwin B. Goddin* for appellants.

*Jacob D. Menkes, Simon H. Trevas* and *Neal L. Thompson* (of the District of Columbia bar) for respondent.

Judgments reversed and a new trial granted, with costs to the appellants to abide the event, solely on the ground the record presents a question of fact whether the defendant-owner exercised reasonable care in the selection of a contractor. No opinion. (See 290 N. Y. 739.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.